FILED
CLERK, U.S. DISTRICT COURT

07/07/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>HOA VO,<br>  aka "Tranh Tran Vo-Hoa,"<br>       "Tranh Hoa-Tran Vo,"<br>       "Andy Vo,"<br>       "Hoa Thanh Vo," and<br>       "Hoa Thanh Tran Vo,"<br><br>            Defendant. | SA CR 8:20-cr-00081-DOC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1344(2): Bank Fraud;<br>18 U.S.C. § 1028A(a)(1):<br>Aggravated Identity Theft; 18<br>U.S.C. §§ 982 and 1028, 28 U.S.C.<br>2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNTS ONE THROUGH THREE

[18 U.S.C. §§ 1344(2), 2(a)]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   Defendant HOA VO, also known as "Tranh Tran Vo-Hoa," "Tranh Hoa-Tran Vo," "Andy Vo," "Hoa Thanh Vo," and "Hoa Thanh Tran Vo," was a resident of Santa Ana, California.

2.   The Boeing Company ("Boeing") was an American multinational

1   corporation that designed, manufactured, and sold airplanes,

2   rotorcraft, rockets, satellites, telecommunications equipment, and

3   missiles worldwide.

4       3.   Boeing employees received notices and/or checks in the mail

5   when withdrawal requests were made on their retirement accounts,

6   known as Voluntary Investment Plan ("VIP") accounts.

7       4.   U.S. Bank National Association ("U.S. Bank") was a

8   federally insured financial institution, the deposits of which were

9   insured by the Federal Deposit Insurance Corporation.

10      5.   Bank of the West ("BOTW") was a federally insured financial

11  institution, the deposits of which were insured by the Federal

12  Deposit Insurance Corporation.

13  B.   THE SCHEME TO DEFRAUD

14      6.   Beginning no later than January 2019, and continuing to in

15  or around June 2019, in Orange County, within the Central District of

16  California, and elsewhere, defendant VO, together with others known

17  and unknown to the Grand Jury, knowingly and with the intent to

18  defraud, devised, participated in, executed, and attempted to execute

19  a scheme to obtain monies and funds owned by and in the custody and

20  control of U.S. Bank and BOTW by means of material false and

21  fraudulent pretenses, representations, and promises, and the

22  concealment of material facts.

23  C.   MANNER AND MEANS OF THE FRAUDULENT SCHEME

24      7.   The scheme to defraud operated, in substance, in the

25  following manner:

26          a.   Defendant VO and his co-schemers obtained Boeing

27  employees' personal identifying information and information about

28  their VIP accounts.

b.    Defendant VO and his co-schemers made fraudulent withdrawal requests for checks and electronic money transfers totaling hundreds of thousands of dollars from the VIP accounts of various Boeing employees.

c.    Knowing that notifications and checks related to these fraudulent requests would be mailed out, defendant VO and his co-schemers placed holds on the Boeing employees' mail.

d.    Once the mail was held by the United States Post Office, defendant VO intercepted and attempted to intercept such mail by presenting to the Post Office employee: (1) a fraudulent California Driver's License containing the personal identifying information of a Boeing employee; and (2) a fraudulent note purportedly written or signed by the Boeing employee authorizing defendant VO to pick up the employee's mail.

e.    Defendant VO and his co-schemers then took the fraudulently requested funds by: (1) depositing a check taken from the stolen mail and payable to a Boeing employee into a fraudulently opened U.S. Bank checking account in that employee's name; and (2) transferring money electronically from another Boeing employee's VIP account into defendant VO's personal BOTW checking account.

f.    Defendant VO cashed checks issued to "Hoa Thanh Vo," drawn from funds in the U.S. Bank checking account, purportedly signed by the Boeing employee, and endorsed by defendant VO.

g.    Defendant VO transferred money, which had been taken from another Boeing employee's VIP account and electronically deposited into defendant VO's personal BOTW checking account, into defendant VO's other, newly opened BOTW checking account.

8.    As a result of this scheme, defendant VO and his co-

schemers attempted to obtain approximately $783,328 from Boeing employees' VIP accounts, and actually obtained approximately $360,847.

D.   THE EXECUTION OF THE SCHEME TO DEFRAUD

9.   On or about the dates set forth below, in Orange County, within the Central District of California, defendant VO committed the following acts, each of which constituted an execution and attempted execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|-------|------|-----|
| ONE | 5/28/19 | Cashed U.S. Bank check #1006 -- in the amount of $4,000, payable to "HOA THANH VO," and containing D.D.'s name, address, and purported signature -- at the Westminster, California branch of U.S. Bank, located at 15555 Brookhurst Street. |
| TWO | 5/28/19 | Cashed U.S. Bank check #1007 -- in the amount of $4,000, payable to "HOA THANH VO," and containing D.D.'s name, address, and purported signature -- at the Westminster, California branch of U.S. Bank, located at 15555 Brookhurst Street. |
| THREE | 3/27/19 | Transferred approximately $59,000 -- from the $68,000 that had been taken from T.P.'s VIP account and electronically deposited into defendant VO's personal BOTW checking account ending in -1797 -- to defendant VO's other BOTW checking account ending in -9317, at the Garden Grove, California branch of BOTW, located at 12976 Main Street. |

4

COUNT FOUR

[18 U.S.C. § 1028A(a)(1)]

On or about May 28, 2019, in Orange County, within the Central District of California, defendant HOA VO, also known as "Tranh Tran Vo-Hoa," "Tranh Hoa-Tran Vo," "Andy Vo," "Hoa Thanh Vo," and "Hoa Thanh Tran Vo," knowingly transferred, possessed, and used, without lawful authority, means of identification that defendant VO knew belonged to another person, namely, the name and signature of D.D., during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count One of this Indictment.

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 982]

1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(2), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One through Three of this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of any such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

1  substantially diminished in value; or (e) has been commingled with

2  other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. §§ 982 and 1028 and 28 U.S.C. §2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 982 and 1028 and Title 28, United States Code, Section 2461(c) in the event of the defendant's conviction of the offense set forth in Count Four of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense;

(b)  Any personal property used or intended to be used to commit the offense; and

(c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b) and 1028(g), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has

1   been commingled with other property that cannot be divided without

2   difficulty.

3                                        A TRUE BILL

4                                        /S/

5                                        _____
                                         Foreperson

6

7

8   NICOLA T. HANNA
    United States Attorney

9   *Brandon Fox*

10
    BRANDON D. FOX
11  Assistant United States Attorney
    Chief, Criminal Division

12
    BENJAMIN R. BARRON
13  Assistant United States Attorney
    Chief, Santa Ana Branch Office

14
    JENNIFER L. WAIER
15  Assistant United States Attorney
    Deputy Chief, Santa Ana Branch Office

16
    DANIEL S. LIM
17  Assistant United States Attorney
    Santa Ana Branch Office

18

19

20

21

22

23

24

25

26

27

28